

# Fourth Court of Appeals
## San Antonio, Texas

March 15, 2022

No. 04-22-00096-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01762
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Beth Watkins, Justice
             Lori Valenzuela, Justice

On February 22, 2022, this court invited the respondent and the real parties in interest to file a response to realtor's petition for writ of mandamus by March 9, 2022. On March 9, 2022, respondent filed an unopposed motion requesting an extension of that deadline until March 15, 2022. After consideration, respondent's motion is GRANTED. We order respondent to file the response **by March 15, 2022**.

It is so **ORDERED** March 15, 2022.

**PER CURIAM**

ATTESTED TO: _____
                 MICHAEL A. CRUZ,
                 CLERK OF COURT